UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**ENTERED**
APR 15 2004
TERESA L. DEPPNER, CLERK
U.S. District & Bankruptcy Courts
Southern District of West Virginia

SCOTT W. ANDREWS and
PAUL TALLMAN, SR.,

    Plaintiffs

v.                                         CIVIL ACTION NO. 2:03-2237

CITY HOLDING COMPANY, CITY
NATIONAL BANK OF WEST VIRGINIA,
JACK ALLEN, JACK BAZEMORE,
SAMUEL BOWLING, PHILLIP CAIN,
D.K. CALES, MATTHEW CALL,
HUGH CLONCH, OSHEL CRAIGO,
STEVEN DAY, WILLIAM DOLIN,
WILLIAM FILE, ROBERT D. FISHER,
SCOTT GIBSON, JAY GOLDMAN,
ROBERT GRIST, DAVID HADEN,
DAVID HAMBRICK, FRANK HARKINS,
CARLIN HARMON, ROBERT HENSON,
TRACY HYLTON, II, CAROL KABLE,
C. DALLAS KAYSER, BARRY KEMERER,
JACK KLIM, THOMAS LILLY,
TIMOTHY MANCHIN, CLARENCE MARTIN,
CURTIS MCCALL, PHILLIP MCLAUGHLIN,
HAROLD PAYNE, E.M. PAYNE, III,
PAT REED, JAMES ROSSI, R.T. ROGERS,
SHARON ROWE, MARK SCHAUL,
MICHAEL SELLARDS, CHARLES SMITH,
JAMES SONGER, ALBERT TIECHE,
PAUL TURMAN, II, CECIL WILLIAMS,
and MARY WILLIAMS,

    Defendants

### O R D E R

This matter is before the court on the April 1, 2004, motion of the United States, the removing party, to dismiss this action. There being no objection, it is ORDERED that the motion

be, and it hereby is, granted and that this action is dismissed as moot. It is further ORDERED this action be stricken from the docket of the court.

The Clerk is directed to forward copies of this order to all counsel of record.

DATED: April 15, 2004

JOHN T. COPENHAVER, JR.
United States District Judge